UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
JASIM CORDERO,

                    Plaintiff,                    ORDER

                                                1:24-cv-00125-GRJ

       v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is the Stipulation and Order, filed by the parties. (Docket No. 20.) The parties stipulate and agree that the Commissioner's decision should be reversed, and the case should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

      Accordingly, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

      The Clerk is directed to terminate all pending motions, enter final

judgment, and then close the file.

Dated: September 9, 2024        SO ORDERED:

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge