UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JASIM CORDERO,

                    Plaintiff,                    24 **CIVIL** 0125 (GRJ)

      -v-                                                    **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 09, 2024, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:** New York, New York

      September 09, 2024

                                                                  **DANIEL ORTIZ**
                                                                  **Acting Clerk of Court**

                                      **BY:**
                                                                    **Deputy Clerk**